# Court of Appeals
# of the State of Georgia

ATLANTA,___August 26, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A1406. HARRIS v. THE STATE.**

In this appeal from the superior court's denial of a pretrial motion to dismiss on the basis of immunity under OCGA § 16-3-21 and 16-3-24.2, we granted Harris' application for discretionary review based upon the limited facts stated therein. In an excess of caution given the information available, we granted the application in order to review the parties' contentions with the benefit of the entire record.

A careful and complete review of the entire record, the transcripts, and the briefs of the parties reveals that the superior court correctly concluded that the evidence did not support a finding of immunity. Had the facts apparent from the entire record been available in the application, discretionary review would not have been granted. Therefore, upon consideration of the entire record, applicable case law, and statutory provisions, these discretionary appeals are hereby dismissed as having been improvidently granted. See *Woody v. State*, 247 Ga. App. 684, 685 (545 SE2d 83) (2001).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_08/26/2014_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*